## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## 26-CR-60130-GAYLES/AUGUSTIN-BIRCH
CASE NO. _____

8 U.S.C. § 1326(a)

**UNITED STATES OF AMERICA**

v.

**OGDULIO PEREZ-SACARIA,**
  a/k/a "Ovidio Donis-Chavez,"
  a/k/a "Agulio Perez-Sacaria,"

  **Defendant.**

_____ /

FILED BY_____BM_____D.C.

**May 13, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### INDICTMENT

The Grand Jury charges that:

On or about May 10, 2026, in Broward County, in the Southern District of Florida, the

defendant,

**OGDULIO PEREZ-SACARIA,**
**a/k/a "Ovidio Donis-Chavez,"**
**a/k/a "Agulio Perez-Sacaria,"**

an alien, having previously been removed and deported from the United States on or about

December 29, 2009, and October 13, 2014, entered and was found in the United States, knowingly

and unlawfully, without the Attorney General of the United States or his/her successor, the

Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557),

having expressly consented to such alien's reapplying for admission to the United States, in

violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

████████████████████████

FOREPERSON

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
JACKSON K. DERING V
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:** <u>**26-CR-60130-GAYLES/AUGUSTIN-BIRCH**</u>

v.

OGDULIO PEREZ-SACARIA,
    a/k/a "Ovidio Donis-Chavez,"
    <u>a/k/a "Agulio Perez-Sacaria,"</u>    /
           Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

- [ ] Miami
- [ ] Key West
- [ ] FTP
- [x] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) <u>Yes</u>
   List language and/or dialect: <u>Spanish</u>

4. This case will take <u>2</u> days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  [x]  0 to 5 days
   - II  [ ]  6 to 10 days
   - III  [ ]  11 to 20 days
   - IV  [ ]  21 to 60 days
   - V  [ ]  61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) <u>No</u>
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) <u>No</u>
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) <u>No</u>
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of <u>N/A</u>
10. Defendant(s) in state custody as of <u>N/A</u>
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) <u>No</u>
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) <u>No</u>
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? <u>No</u>
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? <u>No</u>
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? <u>No</u>

By: _____

JACKSON K. DERING V
Assistant United States Attorney
FL Bar No.      A5503449

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: OGDULIO PEREZ-SACARIA

**Case No**: _____

Count 1:

Illegal Reentry After Removal

8 U.S.C. § 1326(a)
\* **Max. Term of Imprisonment: 2 years**
\* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
\* **Max. Supervised Release: 1 year**
\* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**